UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 13-23197-CIV-ALTONAGA/SIMONTON

LIDIA PICADO                              )
                                          )
         Plaintiff,                       )
    vs.                                   )
                                          )
WILSON W. SIMS                            )
JOANNA W. SIMS                            )
                                          )
         Defendants                       )
_____ )

## PLAINTIFF'S STATEMENT OF CLAIM

Comes Now Plaintiff, by and through undersigned counsel, pursuant to Court Order D.E. 4, and hereby files Plaintiff's statement of claim and states as follows:

1. Period of federal minimum wage claim: September 4, 2010 through June 20, 2012: 93 weeks.

2. Approximation of hours worked per a week: 85.

3. Applicable federal minimum wage: $7.25/hr.

4. Amount paid: $4.41/hr.

5. Minimum wage owed: $2.84/hr.

6. Calculation of federal minimum wages owed: 85 hours a week multiplied $2.84 per hour, multiplied by 93 weeks, equals $22,450.20 multiplied by 2 as liquidated damages pursuant to 29 U.S.C. 216(b), equals **$44,900.40** plus reasonable fees and costs.

        Respectfully Submitted,

        Daniel T. Feld, Esq.
        J.H. Zidell, P.A.
        Attorney For Plaintiff
        300 71st Street, Suite 605
        Miami Beach, Florida 33141
        Tel: (305) 865-6766
        Fax: (305) 865-7167

        By:_/s/ Daniel T. Feld _____
            Daniel T. Feld, Esq.
            Florida Bar Number: 0037013

## **CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing Plaintiff's Statement of Claim was sent CM/ECF to [No attorney has appeared on behalf of Defendants as of September 18, 2013], on this 18th day of September, 2013.

        Daniel T. Feld, Esq.
        J.H. Zidell, P.A.
        Attorney For Plaintiff
        300 71st Street, Suite 605
        Miami Beach, Florida 33141
        Tel: (305) 865-6766
        Fax: (305) 865-7167

        By:_/s/ Daniel T. Feld _____
            Daniel T. Feld, Esq.
            Florida Bar Number: 0037013